PÉREZ VILLAMIL ET AL., DEMANDANTES Y APELADOS, *v.* ROMANO ET AL., DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª.

ESTIPULACIÓN para que se tenga a los apelantes por desistidos de la apelación interpuesta para ante la Corte Suprema de los Estados Unidos.

No. 878.—Resuelto en noviembre 21, 1913.

APELACIONES A LA CORTE SUPREMA DE LOS ESTADOS UNIDOS—DESISTIMIENTO DE LA PARTE APELANTE—CANCELACIÓN DE LA FIANZA—JURISDICCIÓN DE ESTE TRIBUNAL.—Interpuesta apelación para ante la Corte Suprema de los Estados Unidos contra una sentencia de este tribunal, y aprobada la fianza para suspender la ejecución de la sentencia, carece este tribunal de jurisdicción para tener a la parte apelante por desistida de la apelación interpuesta y para cancelar la fianza prestada, cuya función corresponde a la Corte Suprema de los Estados Unidos.

Los hechos están expresados en la resolución.

Abogado de los apelados: *Sres. José de Guzmán Benítez, José Martínez Dávila y Francisco de la Torre.*

Abogados de los apelantes: *Sres. Bosch & Soto.*

### RESOLUCIÓN DEL TRIBUNAL.

Por cuanto ambas partes han presentado una moción el 13 de noviembre corriente en la cual de común acuerdo alegan haber llegado a una transacción y piden que se tenga por desistidos a los demandados y apelantes de la apelación interpuesta para ante la Corte Suprema de los Estados Unidos, contra la sentencia dictada por esta corte en este caso el 27 de junio de 1913, y además para que se comunique a la corte sentenciadora dicho desistimiento y se cancelen las fianzas prestadas y se devuelvan los documentos que utilizó dicha parte para constituirlas.

Por cuanto con fecha 7 de julio de 1913 fué admitida la apelación interpuesta en este caso por la parte demandada, para ante la Corte Suprema de los Estados Unidos, habiendo sido aprobadas las fianzas para costas y para obtener la suspensión de la ejecución de la sentencia en los días 8 de julio y 22 de agosto de 1913, respectivamente, y habiéndose expedido con fecha 23 de agosto último mandamiento a la corte sentenciadora ordenando la suspensión de la ejecución de la sentencia dictada en este caso, careciendo este tribunal, por tanto, de jurisdicción para desestimar esta apelación o para tener a la parte demandada por desistida de la misma, y como consecuencia para cancelar dichas fianzas y comunicar a la corte inferior el desistimiento.

Por tanto visto el caso de *Draper* v. *Davis,* 102 U. S., 370, y la práctica seguida por este tribunal en los casos de *Elzaburu* v. *Chavez et al.,* resuelto en marzo 4, 1913, (pág. 172); *Sucesión Orrah* v. *Sucesión Polanco,* 16 D. P. R., 738 y *Torres* v. *Lothrop Luce & Company et al.,* 16 D. P. R., 180; se declara no haber lugar a tener a los demandados y apelantes por desistidos de la apelación interpuesta por los mismos en este caso para ante la Corte Suprema de los Estados Unidos, ni a cancelar las fianzas

prestadas a los efectos de la apelación interpuesta, sin perjuicio de que ejerciten tales derechos ante la Corte Suprema de los Estados Unidos. En cuanto a la devolución a dicha parte de los documentos que utilizó para constituir las fianzas después que el Tribunal Supremo de los Estados Unidos haya admitido el desistimiento de la parte apelante, se autoriza al secretario de esta corte para que devuelva a los demandados los documentos que solicitan, debiendo éstos presentar copia simple de los mismos para la debida constancia en autos.

*Denegada la moción por falta de jurisdicción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de esta moción.